# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. MARTINEZ,<br><br>        Petitioner,<br><br>  v.<br><br>MATTHEW CATE,<br><br>        Respondent. | 1:11-CV-00572 AWI MJS HC<br><br>ORDER REQUIRING RESPONDENT TO FILE RESPONSE<br><br>SIXTY-DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 30, 2012, the Court denied Respondent's motion to dismiss, and referred the matter to the assigned Magistrate Judge for further proceedings. Accordingly, Respondent is hereby ordered to file a response to the petition within **sixty (60) days** of the date of service of this order. The traverse, opposition and reply shall be filed in accordance to the instructions set forth in the briefing schedule previously issued by this Court on September 14, 2011. (Briefing Schedule, ECF No. 6.)

IT IS SO ORDERED.

Dated: July 10, 2012                 /s/ *Michael J. Seng*
                                               UNITED STATES MAGISTRATE JUDGE